JOSIAH TAYLOR, Respondent, v. J. WALTER McCLYMONDS, as Executor of LOUIS K. McCLYMONDS, Deceased, Appellant.

*Taylor* v. *McClymonds.* 92 App. Div. 613, appeal dismissed.
(Argued December 13, 1904; decided December 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Walter I. McCoy* for appellant.

*Lewis L. Fawcett* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

SOLOMON JACOBS, Respondent, v. CHARLES EDELSON et al., Appellants, Impleaded with Others.

*Jacobs* v. *Edelson*, 83 App. Div. 363, appeal withdrawn.
(Submitted December 12, 1904; decided December 16, 1904.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1903, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

The motion was made upon the ground that the reversal by the Appellate Division was upon the law and the facts, and, therefore, not appealable to the Court of Appeals.

*Jesse S. Epstein* for motion.

*Herman Aaron* opposed.

Motion granted upon payment within ten days of all costs and disbursements in the Court of Appeals, including the argument fee and ten dollars costs of this motion. On failure to make such payment within ten days, the motion is denied, with ten dollars costs.